# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FABIO CONCEPCION | CIVIL ACTION |
| VERSUS | NO. 18-65 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "J" (2) |

* * * * * * * * * * *

| | |
|---|---|
| MICKEY JOSEPH THIBODAUX | CIVIL ACTION |
| VERSUS | NO. 18-66 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "J" (2) |

Related to:   12-968 BELO
              in MDL 10-2179

## ORDER

The Court, having considered the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 7), the record, the applicable law, and the failure of any party to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that BP's Motions to Dismiss (Rec. Doc. 4 in No.18-65; Rec. Doc. 4 in No. 18-66) are DENIED.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
United States District Judge